**Edward WILLIAMS–BEY, Petitioner—Appellant,**

v.

**B.G. COMPTON, Respondent— Appellee.**

**No. 04–6456.**

United States Court of Appeals, Fourth Circuit.

Submitted June 10, 2004.

Decided June 18, 2004.

Edward Williams–Bey, Appellant pro se. Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Edward Williams–Bey, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams–Bey v. Compton,* No. CA–03–190–JLK (W.D.Va. Feb. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*